# Your New Benefit Amount

BENEFICIARY'S NAME: QUESNEL SENATUS

Your Social Security benefit will increase by **3.2%** in 2024 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| **How Much You Will Get** | |
|---|---:|
| Your monthly benefit before deductions | $2,180.70 |
| **Deductions:** | |
| Medicare Medical Insurance (If you did not have Medicare as of November 16, 2023 or if someone else pays your premium, we show $0.00) | -$174.70 |
| Medicare Prescription Drug Plan (We will notify you if the amount changes in 2024. If you did not elect withholding as of November 1, 2023, we show $0.00) | -$0.00 |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding (If you did not elect voluntary tax withholding as of November 16, 2023, we show $0.00) | -$0.00 |
| After we take any other deductions, you will receive the payment you are due for December 2023 on or about January 10, 2024. | $2,006.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

If you still get a paper check, you must visit the Department of the Treasury's website at *www.godirect.gov* to request electronic payments.

If you disagree with any of these amounts, you must file an appeal with us in writing within 60 days from the date you get this letter. We will assume you got this letter 5 days after the date of the letter, unless you show us that you did not get it within the 5-day period. You must have good reason for waiting more than 60 days to file an appeal. You can go to *www.ssa.gov/non-medical/appeal* to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at *www.ssa.gov/forms* to locate the form. If you need help with the form, please call us.

## Need more help?

1. Visit *www.ssa.gov* for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **866-964-0028**.

SOCIAL SECURITY
84 N. MAIN STREET
FREEPORT, NY 11520