| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | November 21, 2024 |
| EASTERN DISTRICT OF NEW YORK | 11:00 AM |
| ====================================X | |
| IN RE: | Case No. 824-70978-AST |
| | |
| QUESNEL SENATUS, | Hon. ALAN S. TRUST |
| | **NOTICE OF MOTION** |
| Debtor. | |
| ====================================X | |

        PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee will move this court before the Hon. Alan S. Trust, Chief U.S. Bankruptcy Judge, for the Eastern District of New York, on November 21, 2024 at 11:00 AM or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

        **Any hearing on the attached application will be held remotely, by telephone or video conference.  No in-person hearing will be held in the Courthouse on the date set forth above.**

        Any party appearing must register <u>at least two (2) business days in advance</u> through eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.  <u>Only parties registered in advance will receive login instructions</u>.  Additional information is provided in the Chief Judge's procedures at https://www.nyeb.uscourts.gov/content/chief-judge-alan-s-trust.

        Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of New York, and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:   Jericho, New York
        October 30, 2024                              /s/ Krista M. Preuss
                                                                           KRISTA M. PREUSS, TRUSTEE
                                                                           100 JERICHO QUADRANGLE; STE 127
                                                                           JERICHO, NY 11753
                                                                           (516) 622-1340

UNITED STATES BANKRUPTCY COURT  November 21, 2024
EASTERN DISTRICT OF NEW YORK  11:00 AM
===================================X
IN RE:  Case No: 824-70978-AST

QUESNEL SENATUS,  Hon. ALAN S. TRUST

**APPLICATION**

Debtor.
===================================X

TO THE HONORABLE ALAN S. TRUST, CHIEF U.S. BANKRUPTCY JUDGE:

    Hanin R. Shadood, Staff Attorney to KRISTA M. PREUSS, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

    1.    The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on March 12, 2024, and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

    2.    The Debtor has failed to:

a. comply with 11 U.S.C § 1325(a)(6) in that the Debtor has failed to submit timely Chapter 13 Plan payments to the Trustee, and is $38,154.00 in arrears to the Chapter 13 Trustee through October 2024; and

b. file and provide the Trustee with an affidavit by the debtor stating whether the debtor has filed all applicable federal, state, and local tax returns as required by Bankruptcy Code §1308 pursuant to E.D.N.Y. LBR 2003-1(b)(iii) and (c); and

c. file and provide the Trustee with an affidavit by the debtor stating whether the debtor either has paid all amounts that are required to be paid under a domestic support obligation and that first came payable after the date of the filing of the petition if the debtor is required by a judicial or administrative order or by statute to pay such domestic support obligation; or that the debtor has no domestic support obligations as required by E.D.N.Y. LBR 2003-1(b)(ii) and (c); and

d. provide the Trustee with copies of canceled checks, receipts, money orders or other documentation of payment of all mortgage installments and real property lease payments that have come due since the filing of the petition as required by E.D.N.Y. LBR 2003-1(a)(vi) and (b)(i); and

e. provide and file copies of affidavits of contribution and copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition, by each person contributing to the proposed plan or to payment of expenses of the debtor's household as required by E.D.N.Y. LBR 2003-1(a)(ii) and (c); and

f. provide the trustee with copies of all leases for all real property for which the debtor is lessor as required by E.D.N.Y. LBR 2003-1(a)(iv).

    3.    The Debtor's failure to provide these items impedes the Trustee's ability to administer this case and, therefore, is a delay that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

    4.    Each of the foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated:  Jericho, New York
October 30, 2024

*s/Hanin R. Shadood*
Hanin R. Shadood, Staff Attorney
Chapter 13 Trustee Krista M. Preuss

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Case No: 824-70978-AST
IN RE:

  QUESNEL SENATUS,

                                                                          CERTIFICATE OF SERVICE

                       Debtor.
-----------------------------------------------------------X

       This is to certify that I, Hanin R. Shadood, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

QUESNEL SENATUS
597 WEBSTER AVENUE
UNIONDALE, NY 11553

Notice by electronic transmission generated by the ECF system to the following person/entities pursuant to Bankruptcy Rule 9036:

GUS MICHAEL FARINELLA, ESQ., gmf@lawgmf.com

DEUTSCHE BANK NATIONAL TRUST COMPANY c/o McCalla Raymer Leibert Pierce, LLC, ernest.yazzetti@mccalla.com

Deutsche Bank National Trust Company c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC, raqfelix@raslg.com

JPMorgan Chase Bank c/o Fein, Such, Kahn & Shepard, P.C., bankruptcy@fskslaw.com

Transmission times for electronic delivery are Eastern Time zone.


This October 30, 2024

/s/Hanin R. Shadood
Hanin R. Shadood, Staff Attorney
Office of the Standing Chapter 13 Trustee
Krista M. Preuss
100 Jericho Quadrangle; Suite 127
Jericho, NY 11753
(516) 622-1340

CASE NO: 824-70978-AST
Hon. ALAN S. TRUST

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
==============================================================================
IN RE:

QUESNEL SENATUS,


               Debtor.
==============================================================================

NOTICE OF MOTION AND APPLICATION TO DISMISS CASE

==============================================================================

KRISTA M. PREUSS, TRUSTEE
100 JERICHO QUADRANGLE; STE 127
JERICHO, NY 11753
(516) 622-1340